

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Edward Adams     (TZ123321)__
  (Name of Plaintiff)   (Inmate Number)

__P.O. Box 9561, Wilm, DE 19809__
  (Complete Address with zip code)

(2) _____
  (Name of Plaintiff)   (Inmate Number)

_____
  (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Beau Bidene__
(2) __Carl Danberg__
(3) __Detective Writer__
  (Names of Defendants)
(4) __See Additional Sheet__

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 08 - 285
: (Case Number)
: ( to be assigned by U.S. District Court)

: CIVIL COMPLAINT

: • • Jury Trial Requested

FILED
MAY 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

  A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption of each case
       including year, as well as the name of the judicial officer to whom it was assigned:

__N/A__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? •Yes • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? •Yes • •No

C. If your answer to "B" is Yes:

1. What steps did you take? Although a prisoner grievance procedure exist, all defendants are outside of the perph

2. What was the result? Grivance is not applicable. I have however written to every Defendant or Agency name,

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: BEAU BIDEN
Employed as Attorney General at Department of Justice
Mailing address with zip code: Department of Justice, 820 North French St, Wilmington DE 19801

(2) Name of second defendant: Carl Danberg
Employed as Commissioner at Department of Correction
Mailing address with zip code: Department of Correction, 245 McKee Road, Dover, Delaware 19904

(3) Name of third defendant: Detective Writer
Employed as a Detective at New Castle County Police Dept.
Mailing address with zip code: New Castle County Police, 3601 N. DuPont Highway, New Castle, Delaware 19720

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) SEE Additional

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I entreated Beau Bidene via U.S. Mail, in a letter dated 2 Jan 2008, to please press charges on Samantha Phillips who stabbed me 27 times. A blatant violation of Edward Adams — 14th Amendment and other inalienable Rights

2. Carl Danberg — Please see attached sheet

3. Detective Waiter — Please see attached Sheet.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Beau Bidenc
Compensatory Damages — $1,250,000

3

2. CARL DANBERG
   Compensatory Damages - $2,000,000

3. Detective Writer
   Compensatory Damages - $1,250,000

4. SEE Additional SHEET

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __9th__ day of __APRIL__, 2__008__.

_____Edward Wans_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

Detective Writer

Protagonist in violation of Edward Adams' right to fundamental fairness. Aside from all else "Due Process" means fundamental fairness. Although Samantha Phillips was released from Detective Writer's custody on orders from the Attorney General's Office, if a police officer acts intentionally under color of his office to subject a citizen to deprivation of his Constitutional Rights, He cannot justify his action by orders from his Superiors. Ergo, Detective Writer Deprived Edward Adams of both his 5th and 14th Amendment Rights.

Additional Defendant
Detective Legenstein
Detective at New Castle County Police Dept.
New Castle County Police, 3601 N. Dupont
Highway, New Castle, Delaware 19720

Detective Legensteins' Machination of Edward Adams
Detective Legenstein did not pursue charges on Samantha Phillips, albeit emperical evidence of the stabbing of Edward Adams surfaced both in the form of eye witness testimony, and the physical evidence of a bloody knife found in Samantha Phillips car and a cut on her hand. Detective Legensteins' machination of Edward Adams exudes degradation of fundamental fairness an integral part of "Due Process A V Amendment Right. To further perpetuate this machination, Edward Adams wrote Detective Legenstein a letter dated 27 Feb 2008, vehemently asking Legenstein to press charges on Samantha Phillips. Ergo, Legenstein is hitherto violating Edward Adams' right to Equal Protection XIV Amendment.

Relief
Compensatory Damages - $2,000,000

Carl Danberg was Acting Attorney General in May 2006. 26 May 2006, in light of the fact Samantha Phillips told several different stories, was identified by eye witness Jessica Foulkes as the person who stabbed Edward Adams. Matter of fact, Jessica Foulkes in an interview with Detective Walter said "She observed Samantha stab Ed five to ten times with the knife". In spite of the overwhelming empirical evidence, including finding a bloody knife in Samantha Phillip's car. Detective Walter consulted with the Attorney General's office and released Samantha Phillips. Ergo, the Attorney Generals Office orchestrated blatant deprivation of the rights of a citizen under the color of law.

Edward Adams
(T212332)
P.O. Box 9561
W.lm, DE
    19809

To:
Clerk
U.S. District Court
Lock Box 18
844 N. King Street
Wilmington, DE
    19801