To: Clerk of Court
From: Edward Adams
RE: 08-285-GMS; filing fee
Date: 2 June 2008

Enclosed is a copy of the original Authorization form. A copy has been sent to the business office here at Howard R. Young Correctional Institution and will follow forthwith, along with the $25.67 partial filing fee.

Cordially,

Edward Adams



FILED
JUN -3 2008
U.S. DISTRICT COURT



WILMINGTON DE 197
02 JUN 2008 PM 3 L

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DELAWARE
19801-3570

Edward Adams
(T 212332)
P.O. Box 9561
Wilm, DE 19809